IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MELINDA F.,[1]

Plaintiff,

v. No. 1:25-cv-00567-DHU-LF

FRANK BISIGNANO, Commissioner
of the Social Security Administration,

Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on July 8, 2026, regarding Plaintiff's Motion to Reverse and Remand for a Rehearing with Supporting Memorandum (Doc. 14). Doc. 24. The PFRD notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id*. at 14. To date, the parties have not filed any objections.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 24) are ADOPTED;

2. Plaintiff's Motion to Reverse and Remand for a Rehearing with Supporting Memorandum (Doc. 14) is GRANTED, and this matter is remanded to the Commissioner for further proceedings.

3. A final order is entered concurrently herewith.

____________________________________
UNITED STATES DISTRICT JUDGE

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the non-governmental party in this case.